2015-1441 (La. 9/16/16)

**STATE of Louisiana**

v.

**Mary DOUGLAS**

**NO. 2015-KO-1441**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of W. Baton Rouge, 18th Judicial District Court Div. B, No. 11-3542; to the Court of Appeal, First Circuit, No. 2014 KA 1399

Denied.

■

2015-1451 (La. 9/16/16)

**STATE of Louisiana**

v.

**Marcus GUILLORY**

**NO. 2015-K-1451**

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Avoyelles, 12th Judicial District Court Div. A, No. 169927; to the Court of Appeal, Third Circuit, No. 14-637;

IN RE: Marcus Guillory; Defendant;

Denied.

■

2015-1540 (La. 9/16/16)

**STATE EX REL. Booker Earl LOYDEN**

v.

**STATE of Louisiana**

**NO. 2015-KH-1540**

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. C, No. 256385; to the Court of Appeal, Third Circuit, No. KH 15-00365

Denied. State ex rel. Bernard v. Cr. D.C., 94-2247 (La. 4/28/95), 653 So.2d 1174.